

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-17-00090-CV

THE BLACKLANDS RAILROAD, Appellant

V.

CHARLES KNIGHTON, Appellee

On Appeal from the 62nd District Court
Hopkins County, Texas
Trial Court No. CV42641

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal, representing that they have fully and finally resolved any pending issues related to the judgment from which this appeal was filed. Under the authority of Rule 42.1(a) of the Texas Rules of Appellate Procedure and in keeping with the parties' wishes, we grant the motion to dismiss. *See* TEX. R. APP. P. 42.1(a).

We dismiss this appeal.


Ralph K. Burgess
Justice

Date Submitted:     September 4, 2018
Date Decided:       November 8, 2018